IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRYPHON DIGITAL MINING, INC., </br>  Plaintiff(s) </br> v. </br> K&L GATES LLP and ROBERT HONEYWELL, </br>  Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** </br></br> Case No.: 1:25-cv-03083-JLR |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Gryphon Digital Mining, Inc. and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) K&L Gates LLP and Robert Honeywell.

Date: April 22, 2025

_____
Signature of plaintiffs or plaintiff's counsel

2121 Avenue of the Stars, 26th Fl.
*Address*

Los Angeles, California 90067
*City, State & Zip Code*

(310) 552-4400
*Telephone Number*