IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRYPHON DIGITAL MINING, INC., | CASE NO.: 1:25-cv-03083-JLR |
| Plaintiff, | |
| -against- | |
| K&L GATES LLP and ROBERT HONEYWELL, | |
| Defendants. | |

**[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

Having considered the April 22, 2025 Notice of Voluntary Dismissal filed by Plaintiff Gryphon Digital Mining, Inc., this case is hereby DISMISSED WITHOUT PREJUDICE against all Defendants.

DATED:  April _____, 2025

_____
JENNIFER L. ROCHON
United States District Court Judge