IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRYPHON DIGITAL MINING, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>K&L GATES LLP and ROBERT HONEYWELL,<br><br>Defendants. | CASE NO.: 1:25-cv-03083-JLR |

**[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

Having considered the April 22, 2025 Notice of Voluntary Dismissal filed by Plaintiff Gryphon Digital Mining, Inc., this case is hereby DISMISSED WITHOUT PREJUDICE against all Defendants.

SO ORDERED.

DATED: April  23 , 2025

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Court Judge

730963.1